UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

WILLIAM SCOTT DAVIS, JR., )
as next friend to J.F.D., a minor, )
and J.F.D., a minor, )
)
              Plaintiffs, )
)
v. )      **JUDGMENT**
)      No. 5:12-CV-593-FL
BEVERLY PERDUE, individually and in her )
official capacity as Governor of the State of )
North Carolina; WILLIAM C. HARRISON, )
individually and in his official capacity as )
Chairperson of the North Carolina State Board )
of Education; ROSA U. GILL, individually and in )
her capacity as Chairperson of the North Carolina )
State Board of Education; JUNE ATKINSON, )
individually and in her official capacity as North )
Carolina State Superintendent; KEVIN L. HILL, )
individually and in his official capacity as Chair )
of Wake County Board of Education; RON )
MARGIOTTA, individually and in his official )
capacity as Chair of Wake County Board of )
Education; ADELPHOS BURNS, individually )
and in his official capacity as Superintendent )
of the Wake County Public School System; )
SHERRY SCHLIESSER, individually and in her )
official capacity as Principal of Kingwood )
Elementary School in Cary, NC, unlawful )
co-conspirator of Doyle, Shekita, MSavage, )
allowing J.F.D. expectations of privacy to be )
violated; ELAINE HOFFELT, indvidually and in )
her official capacity as Lead Secretary at )
Kingwood Elementary School in Cary, NC, )
unlawful co-conspirator of Doyle, Shekita and )
Msavage, allowing J.F.D. expectations of privacy )
to be violated; KRISTIE LEWIS, individually and )
in her official capacity regarding School Based )
Mental Health at Kingwood Elementary School )
in Cary, NC, unlawful co-conspirator of Doyle, )
Shekita and MSavage, allowing J.F.D. expectations )
of privacy to be violated; DANIELLE DOYLE, )

individually and in her official capacity as a Wake )
County Human Services Child Protective Services )
Social Worker Manager of the Western Wake CPS )
Office of Cary, NC, co-conspirator, unlawful )
snooping agents of Sheath and Savage; JANNEY )
MAGRI, individually and in her official capacity as )
a Wake County Human Service CPS, case manager )
for J.F.D., co-conspirator, unlawful snooping )
agents of Skekita and Savage; ALLISON )
THOMPSON, individually and in her official )
capacity as a Wake County Human Services )
CPS assigned to J.F.D.; WANDA TURNER, )
individually and in her official capacity as a )
Wake County Human Services CPS, child neglect )
 investigator in 2006 unfounded, bad faith reporting )
by Michelle Savage of J.F.D. being neglected; )
MICHELLE SAVAGE, individually and in her )
official capacity as Cary North Carolina Law )
Enforcement Officers, Detective, and Sergeant as )
husband and wife team; GREGORY SAVAGE, )
individually and in his official capacity as Cary )
North Carolina Law Enforcement Officers, )
Detective, and Sergeant as husband and wife team; )
SCOTT CUNNINGHAM, individually and in his )
official capacity as Chief of Police for the Cary, NC )
Police Department; PATRICIA BAZEMORE, )
individually and in her official capacity as Chief of )
Police for the Cary, NC Police Department; )
MELANIE A. SHEKITA, individually and in her )
official capacity  as an Assistant District Attorney )
for the10th Prosecutorial District of the State of )
North Carolina; PAUL COBLE, individually and in )
his official capacity as Chair of the Wake County )
NC Board of Commissioners; ROBERT BROWN, )
individually and in his official capacity and court )
appointed legal counsel for Plaintiff William Scott )
Davis Jr., as a willful, wanton, agents co-conspirator)
of the State of North Carolina agent of ADA )
Melanie A. Shekita; and LISA SELLERS, )
individually and in her official  capacity as )
Wake County Human Services Child  Protective )
Services Social Worker Manager of the Western )
Wake CPS Office of Cary, NC. )
)
                Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge, to which plaintiffs responded in opposition.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 17, 2013, and for the reasons set forth more specifically within the Memorandum and Recommendation, that plaintiffs' complaint is dismissed for failing to survive frivolity review under 28 U.S.C. § 1915(e)(2). The plaintiffs shall have and recover nothing from this action.

**This Judgment Filed and Entered on April 18, 2013, and Copies To:**
William Scott Davis, Jr. (via U.S. Mail) 333 E. Pembroke #8, Hampton, VA 23669

| | |
|---|---|
| April 18, 2013 | JULIE A. RICHARDS, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |