IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM SCOTT DAVIS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALBERT SINGER, Wake County Attorney, North Carolina; ANTHONY MORRISS, Wake County Bal, North Carolina; and ERIC CHASSE, Wake County District Judge, North Carolina, | ) ) ) ) ) ) ) | NO. 5:08-CV-186 |
| Defendants. | ) | |
| | | |
| WILLIAM SCOTT DAVIS, JR., as next friend to J.F.D., minor; and J.F.D., a minor, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | NO. 5:12-CV-593 |
| | ) | |
| BEVERLY PERDUE, individually and in her official capacity as Governor of the State of North Carolina; et al., | ) ) ) ) | |
| Defendants. | ) | |
| | ) | |
| WAKE COUNTY NC HUMAN SERVICES, | ) ) ) | |
| Plaintiff, | ) ) | NO. 5:14-CV-48 |
| v. | ) ) | |
| WILLIAM SCOTT DAVIS, JR., | ) ) | |
| Defendant. | ) | |

These matters return to the court's attention upon William Scott Davis, Jr.'s June 25, 2015, filing, seeking the court to reopen these cases on basis of some convoluted conspiracy alleged in Davis's filing. Each case long ago was concluded. Judgment was entered July 14, 2008, in the first case captioned above, from which no appeal was taken. Mandate of the United States Court of Appeals for the Fourth Circuit issued August 13, 2013, in the second case. That court's mandate in the third case issued July 29, 2014.

This attempt to reopen these cases constitutes yet another abuse of process by Davis, whose prior actions in this vein are catalogued more particularly in the third case captioned above as well as in Wake County Human Services v. Davis, No. 5:14-CV-3-F (E.D.N.C.). Without more, this motion is DENIED.

SO ORDERED, this the 2nd day of July, 2015.

_____
LOUISE W. FLANAGAN
United States District Court Judge